```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   DAVID J. WARD (CABN 239504)
    Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-7129
7      Fax:  (415) 436-7234
       Email: david.ward2@usdoj.gov
8
    Attorneys for the United States of America
9
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,  )  | CR No. 09-0444 CRB |
|---|---|
| Plaintiff, ) | |
| ) | STIPULATION AND ~~(PROPOSED)~~ |
| v. ) | ORDER EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT FROM AUGUST |
| JESSE CARTER ) | 19, 2009 TO SEPTEMBER 30, 2009 |
| ) | |
| and ) | |
| ) | |
| CHERIE R. HOKAMURA, ) | |
| ) | |
| Defendants. ) | |

On August 19, 2009, the parties in this matter appeared before the Honorable Judge Charles R. Breyer for a status hearing as to defendants Jesse Carter and Cherie R. Hokamura. During this appearance, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from August 19, 2009 until September 30, 2009 for effective preparation of counsel. Counsel for both defendants indicated the need to review discovery. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 9/24/09               /s/
                                  DAVID J. WARD
                                  Special Assistant United States Attorney

DATED: 9/24/09               /s/
                                  SARA REIF
                                  Attorney for Jesse Carter

DATED: 9/24/09               /s/
                                  SHAWN HALBERT
                                  Attorney for Cherie Hokamura

As the Court found on August 19, 2009, and for the reasons stated above, the Court finds that an exclusion of time between August 19, 2009 and September 30, 2009, is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defendants and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: September 24, 2009                      _____
                                                  CHARLES R. BREYER
                                                  United States District Judge