1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANNA TRYON PLETCHER (CABN 239730)
   Special Assistant United States Attorney
5
   DAVID J. WARD (CABN 239504)
6  Special Assistant United States Attorney

7      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
8      Telephone: (415) 436-7200
       Fax: (415) 436-7234
9      E-Mail:   anna.pletcher@usdoj.gov
                 david.ward@usdoj.gov
10
   Attorneys for Plaintiff
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,         )   No. CR 09-0444 CRB
                                       )
17 |     Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO CONTINUE
18 |   v.                              )   EVIDENTIARY HEARING ON
                                       )   DEFENDANT'S MOTIONS TO
19 | JESSE CARTER                      )   SUPPRESS
     and                               )
20 | CHERIE HOKAMURA,                  )
                                       )
21 |     Defendants.                   )
     _____ )
22

23      At a hearing on August 4, 2010, the Court set September 22, 2010 for an evidentiary

24 hearing on the defendant Hokamura's two motions to suppress: (1) Motion to Suppress Evidence

25 related to the events of March 14, 2008 ("Motion to Suppress Evidence") and (2) Motion to

26 Suppress her May 26, 2009 Statement ("Motion to Suppress Statement"). On September 17,

27 2010, defense counsel filed a motion to continue the evidentiary hearing.

28 //

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 09-0444 CRB

1  The parties respectfully request that the evidentiary hearings be continued as follows:
2  October 14, 2010 for hearing on the Motion to Suppress Evidence and October 21, 2010 for
3  hearing on the Motion to Suppress Statements. The parties attempted to find a single day when
4  all evidence could be presented, but it was not possible due to constraints on witness and counsel
5  availability.
6  As the court found at the August 4, 2010 hearing, the time between August 4, 2010 and
7  the evidentiary hearings on the pending motions is properly excluded under 18 U.S.C. §
8  3161(h)(1)(D).
9
10 SO STIPULATED:
11                                               MELINDA HAAG
                                                 United States Attorney
12
13
   DATED:  9/23/09                                         /s/
14                                               ANNA TRYON PLETCHER
                                                 DAVID J. WARD
15                                               Special Assistant United States Attorneys
16
   DATED:  9/23/09                                         /s/
17                                               SHAWN HALBERT
                                                 Attorney for CHERIE HOKAMURA
18

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 09-0444 CRB                           2

## [PROPOSED] ORDER

For the reasons stated above and good cause shown, the evidentiary hearings on the defendant's motions to suppress will be continued to October 14, 2010 and October 21, 2010. In addition, the Court finds that an exclusion of time between August 4, 2010 and October 21, 2010 is warranted and ends of justice served by the continuance outweighs the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C.§3161(h)(1)(D), (7)(A).

SO ORDERED.

DATED: 09/27/10

HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 09-0444 CRB                               3